■ In the Matter of JOSEPHINE HUBBARD, Appellant, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order, entered on September 9, 1960, denying petitioner's application to annul the determination of the Board of Examiners of the Board of Education of the City of New York terminating her license as a substitute teacher and dismissing the petition, unanimously affirmed, without costs. No opinion. Concur — Valente, J. P., McNally, Eager, Steuer and Bergan, JJ.

■ HENRY LEWIS, Appellant, v. OLYMPIA TRANSPORTATION CO., INC., Respondent.— Order, entered on May 17, 1960, granting defendant's motion to set aside the verdict of the jury and ordering a new trial unless the plaintiff would consent to a reduction of the verdict to $15,000, unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ In the Matter of JAMES CHAPIN et al., Appellants, v. JOSEPH SCHECHTER, as Personnel Director, Department of Personnel, and as Chairman of the City Civil Service Commission of the City of New York, et al., Respondents.— Order entered on April 8, 1960, denying petitioners' application to cancel an open competitive examination for the position of Tractor Operator in the Department of Sanitation of the City of New York, and to direct the filling of vacancies in such positions only from eligible lists obtained by promotion examinations, and dismissing the petition, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ HELEN D. MILLER, Individually and as Executrix of ALTON G. MILLER, Deceased, v. UNIVERSAL PICTURES COMPANY, INC., et al.— Motion to resettle, amend and modify the order entered on June 14, 1960, granted, without costs. Respondent having elected not to proceed with a new trial on the alternative theories suggested in the memorandum opinion of this court, and solely for that reason, the order is amended to delete therefrom the granting of a new trial and the complaint is dismissed upon the law and the facts. Settle order on notice. Concur — Breitel, J. P., Valente, McNally and Stevens, JJ.

■ In the Matter of FRANCIS N. CHARBONNEAU v. MARTIN P. CATHERWOOD, Individually and as Industrial Commissioner of the Department of Labor of the State of New York.— Motion to adjourn Motion No. 50 of February 28, 1961 granted and said motion is hereby adjourned to March 28, 1961. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE BOOKER.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. LLOYD G. FLOURNOY. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT HALPERN. (C) THE PEOPLE OF THE STATE OF NEW YORK v. ETANISLAO CRUZ. (D) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT MIDDLETON. (E) THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL TORRES. (F) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES MACK. (G) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SZITANYL.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Valente, McNally, Eager and Bastow, JJ.